# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GALLINGHOUSE AND ASSOCIATES,                    NO.   2015 CW 0578
INC. AND G & A PUBLISHING,
INC.

VERSUS

DEBORAH D. BLACK AND WILLIAM                    **MAY 26, 2021**
M. BLACK

---

In Re:    William M. Black, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2012-16240.

---

**BEFORE:   HOLDRIDGE, LANIER, AND HESTER, JJ.**

**STAY LIFTED; WRIT DISMISSED.** This writ application is
dismissed pursuant to relator's motion advising that all issues
have been resolved and requesting that the writ application be
withdrawn.

                              **GH**
                              **WIL**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT